## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ELIZABETH BRIDGES**, 1300565, | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | **NO. 3:07-CV-1203-K** |
| | § | |
| **RICK THALER, Director** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| Respondent. | § | |

## <u>ORDER</u>

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.  Respondent's Objections to the Findings and Recommendations of the United States Magistrate Judge, filed on February 3, 2010, are hereby **OVERRULED.**

**SO ORDERED.**

Signed this 5th day of February, 2010.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE